135 A.3d 144

PATRICIA C. MYSKA, DAX MORALES AND KATHERINE K. WAG-
NER, PLAINTIFFS, AND JOHN B. TODISCO, PLAINTIFF–AP-
PELLANT, v. NEW JERSEY MANUFACTURERS INSURANCE
COMPANY AND AAA ORDER MID–ATLANTIC INSURANCE
COMPANY OF NEW JERSEY, DEFENDANTS, AND PALI-
SADES INSURANCE COMPANY, DEFENDANT–RESPON-
DENT.

AND ANOTHER RELATED CASE.

March 29, 2016.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal is dismissed.